IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

NATIONWIDE PROPERTY AND CASUALTY
INSURANCE COMPANY                                                          PLAINTIFF

VERSUS                                            CIVIL ACTION NO. 3:06cv217-TSL-JCS

CATERPILLAR, INC., ET AL.                                                DEFENDANT

---

<u>ORDER OF DISMISSAL</u>

THE PARTIES having agreed to and announced to the Court a settlement of this case,

and the Court being desirous that this matter be finally closed on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby DISMISSED WITH

PREJUDICE as to all parties.  If any party fails to consummate this settlement within thirty  (30)

days, any aggrieved party may reopen the case for enforcement of the settlement agreement

within ten (10) days; and, if successful, all additional attorneys' fees and costs from this date

shall be awarded such aggrieved party or parties against the party failing to consummate the

agreement.

This settlement agreement constitutes a global release as to all claims and as to all parties

with prejudice.

SO ORDERED, this the 19th day of December,  2006.

/s/ James C. Sumner

_____

UNITED STATES MAGISTRATE JUDGE